[No. 1191-3.    Division Three.    July 14, 1975.]

MAY E. RUSHTON, *Appellant*, v. EARLON K. RUSHTON, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 8531, B. J. McLean, J., entered May 3, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1640-2.    Division Two.    July 15, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY ABERNATHY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 45834, Donald H. Thompson, J., entered October 15, 1974. *Affirmed* by unpublished opinion per Wiehl, J. Pro Tem., concurred in by Bryan (A.C.J.) and Cochran, JJ. Pro Tem.

[No. 1565-2.    Division Two.    July 15, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE DuPONT *et al, Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 45670, Hardyn B. Soule, J., entered July 22, 1974. *Affirmed* by unpublished opinion per Wiehl, J. Pro Tem., concurred in by Bryan (A.C.J.) and Cochran, JJ. Pro Tem.

[No. 1150-3.    Division Three.    July 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM THOMAS FOGG, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 22006, George T. Shields, J., entered April 17, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.